```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

ANITA R. SIMMONS, :
:
    Plaintiff, :
:
vs. :
: CIVIL ACTION 12-0700-M
CAROLYN W. COLVIN, :
Commission of Social Security, :
:
    Defendant. :

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Anita R. Simmons.

DONE this 27th day of June, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE